# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| GUY-LUCE FLORVIL FENELON, | ] | |
| Petitioner, | ] | |
| v. | ] | 4:11-cv-0330-LSC-RRA |
| SCOTT HASSELL, | ] | |
| Respondent. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby **DISMISSED**.  Each party is to bear its own costs.

Done this 20th day of December 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458